JOHN N. MOORE, Respondent, *v.* LAURA M. NYE, Appellant.

(Argued April 25, 1894; decided June 5, 1894.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made November 22, 1892, which reversed a judgment in favor of defendant entered upon an order setting aside an injunction and dismissing the complaint on trial at Circuit.

*R. Corbin* for appellant.

*L. L. Shedden* for respondent.

Agree to affirm order and for judgment absolute in favor of defendant on stipulation; no opinion.

All concur.

Order affirmed and judgment accordingly.

---

T. ELLA CARPENTER, Respondent, *v.* EDGAR KNAPP, Appellant.

(Argued April 26, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*W. Farrington* for appellant.

*Fred E. Ackerman* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.